No. 679. BUCKNER ET AL. *v.* UNITED STATES. March 11, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Mr. Moses Polakoff* for petitioners. *Solicitor General Biddle, Assistant Attorney General Roaae.* and *Messrs.*

670

*William W. Barron, J. Albert Woll, William J. Connor,* and *W. Marvin Smith* for the United States.

